IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAYLA JEAN AYERS, | ) | CASE NO. 5:20-CV-01654-SL |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | UNITED STATES DISTRICT JUDGE |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| OHIO DEPARTMENT OF | ) | CARMEN E. HENDERSON |
| REHABILITATION AND CORRECTIONS, | ) | |
| DIRECTOR; | ) | |
| | ) | **ORDER GRANTING PETITIONER'S** |
| | ) | **MOTION TO LIFT STAY** |
| Defendant, | | |

This matter is before the Court on Kayla Jean Ayers's ("Petitioner") motion to lift stay. (ECF No. 12). The Court hereby GRANTS the motion and orders Petitioner to file an amended petition within fourteen days of this order. Once the amended petition is filed, the following deadlines will apply:

1. Respondent shall file an answer ("Return of Writ") to the petition within sixty (60) days from the date of the amended petition. The Return of Writ shall comply with Rule 5 of the Rules Governing § 2254 Cases and shall address all legal issues raised in the petition. Respondent, as part of its Return of Writ shall also furnish the Court with copies of all transcripts, journal entries, opinions, indictments, affidavits, orders and docket sheets pertaining to the grounds for relief raised by the Petitioner. These copies must be bound separately from the Return of Writ and have a cover containing the case caption with the title "State Court Record." The State Court Record must contain an index listing each document included in the record and exhibit number.

2. Petitioner shall have thirty (30) days from the filing of Respondent's Return of Writ to file a Reply ("Traverse").

3. Respondent shall have fifteen (15) days from the filing of Petitioner's Traverse to respond thereto.

The above documents shall constitute the briefing on the merits of the petition. Briefs filed by the parties shall contain a summary of the facts upon which they rely and shall, where applicable, make specific reference to those portions of the record by citing to the designated exhibit number and page number. Briefs shall also contain statements of the applicable law and citations to relevant case and statutory authorities. Where applicable, multiple volumes of the record are preferred over a single massive, unwieldy volume.

If a dispositive motion is filed, the movant shall attach documentation in support of the motion, including, but not limited to a certified copy of the docket.

Any request for an extension of any deadline must be made at least three (3) business days before the deadline date, but such requests will not be routinely granted.

IT IS SO ORDERED.

s/ *Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE

Dated: December 6, 2022