United States District Court
Northen District of Ohio, Eastern Division
Case Number 5:20-cv-1654

| | |
|---|---|
| **KAYLA JEAN AYERS,**<br><br>      **Petitioner.**<br><br>**v.**<br><br>**OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, DIRECTOR,**<br><br>      **Respondent.** | Notice of Appeal |

  Petitioner Kayla Jean Ayers appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order and Judgment Entry of the United States District Court for the Northen District of Ohio, Eastern Division entered on August 2, 2023, in case 5:20-cv-1654, dismissing her Petition for Writ of Habeas Corpus. Pursuant to 6 Cir. R. 22(a), Petitioner will seek a certificate of appealability from the United States Court of Appeals for the Sixth Circuit.

                Respectfully submitted,

                /s/ Brian C. Howe
                Brian C. Howe (0086517)
                Attorney for Petitioner
                Ohio Innocence Project
                University of Cincinnati College of Law
                P.O. Box 210040
                Cincinnati, OH 45221-0040
                Phone: 513-556-4276
                Fax: 513-556-0702
                Brian.Howe@uc.edu

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing pleading was filed electronically via the Court's CM/ECF system on September 1, 2023, and a copy is available to opposing counsel via the Court's electronic notification system.

/s/ Brian C. Howe
Brian C. Howe